Cite as 2021 Ark. 2

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON AUTOMATION | Opinion Delivered: January 14, 2021 |

## PER CURIAM

Sharon Blount-Baker, Circuit Clerk for the Twenty-First Judicial Circuit, is reappointed to the Arkansas Supreme Court Committee on Automation for a three-year term to expire October 31, 2023. The Court thanks Ms. Blount-Baker for her willingness to continue to serve on this important committee.

The Honorable Shannon Blatt of Fort Smith is appointed as Chair of the Arkansas Supreme Court Committee on Automation for a three-year term to expire on October 31, 2023. The Honorable Jessica Gunter of Nashville, the Honorable Mark Leverett of Little Rock, the Honorable Ann Hudson of Forrest City, and Prosecuting Attorney David Etheridge of Mountain Home are also appointed to the Arkansas Supreme Court Committee on Automation for three-year terms to expire on October 31, 2023. The Court extends its appreciation to these new members for their willingness to serve.

The Court expresses its gratitude to the Honorable Tom Cooper of Ashdown as Chair, the Honorable Phillip Green of Star City, the Honorable Randy Hill of Arkadelphia, Shawn Key, Esq., of Maumelle, and Bob McMahan, Esq., of North Little Rock, whose terms

have expired, for their years of valuable committee service.